UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VLAD GULA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BOMBARDIER RECREATIONAL PRODUCTS, INC.; BRP INC.; and SK NORTHWEST, INC.,<br><br>　　　　Defendants. | No.  3:22-cv-05755<br><br>**NOTICE OF REMOVAL OF ACTION**<br><br>(CLARK COUNTY SUPERIOR COURT CAUSE NO. 22-2-02044-06) |

TO THE CLERK OF THE COURT AND TO PLAINTIFF'S COUNSEL:

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, defendant Bombardier Recreational Products Inc. and BRP Inc. hereby remove the case now pending in the Superior Court of the State of Washington for the County of Clark, titled *Vlad Gula v. Bombardier Recreational Products, Inc.*, *et al.*, Case No. 22-2-02044-06.

As grounds for removal, Bombardier Recreational Products Inc. states as follows:

**NOTICE OF REMOVAL IS TIMELY**

(1)　　On or about August 19, 2022, Plaintiff filed a Complaint in the above-referenced action in the Clark County. Pursuant to 28 U.S.C. § 1446(a), attached to this Notice as **Exhibit 1** are the state court papers that Bombardier Recreational Products Inc. received from Plaintiff,

NOTICE OF REMOVAL OF ACTION [3:22-cv-05755] - 1

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor Street, Suite 200
Portland, OR  97204
Telephone: 503-914-2015

consisting of Plaintiff's Summons and Complaint, and Bombardier Recreational Products Inc.'s Acceptance and Admission of Service.

(2) This notice of removal is timely filed under 28 U.S.C. § 1446(b), which provides that a notice of removal must be filed within 30 days after defendant receives, by service or otherwise, the initial pleading. Bombardier Recreational Products Inc. was served with a copy of Plaintiff's Complaint on September 13, 2022. (**Exhibit 1**). Counsel for Defendant Bombardier Recreational Products Inc. received a copy of the Complaint from Plaintiff's counsel on September 6, 2022. Therefore, this removal is timely.

(3) Attached hereto as **Exhibit 2** is a copy of Defendant SK Northwest, Inc.'s Request for Jury Trial filed September 6, 2022.

(3) No previous request has been made for the relief requested.

## DIVERSITY JURISDICTION EXISTS

(5) This is a civil action over which this court has original jurisdiction based on diversity of citizenship pursuant to 28 U.S.C. § 1332, which provides, in relevant part, that district courts have original jurisdiction over actions where the matter in controversy exceeds $75,000, exclusive of interest and costs, and where the action is between citizens of different states, so long as all defendants who have been properly joined and served join in or consent to the removal of the action.

(6) Complete diversity exists between the parties to the above-captioned lawsuit.

(7) The Complaint alleges that at all material times, Plaintiff was a resident of the state of Washington. (Compl., ¶ 1.2).

(8) The Complaint alleges that at all material times Bombardier Recreational Products Inc. was foreign corporation doing business in the state of Washington. (Compl., ¶ 1.3).

(9) The total amount at stake in this lawsuit meets the threshold for diversity jurisdiction. Plaintiff's Response to Defendant SK Northwest Inc.'s Request for Statement of Damages indicates Plaintiff seeks $120,525.45 in economic damages and an estimated $350,000

NOTICE OF REMOVAL OF ACTION [3:22-cv-05755] - 2

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor Street, Suite 200
Portland, OR  97204
Telephone: 503-914-2015

in non-economic damages.  Therefore, the monetary requirement for diversity jurisdiction, as set forth under 28 U.S.C. § 1332, is satisfied.

(10) Defendant SK Northwest Inc., the remaining defendant properly joined and served in this action, consents to removal.

**REMOVAL TO THIS DISTRICT IS PROPER**

(10) Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, removal of the above-captioned state court action to this court is appropriate.

(11) Pursuant to 28 U.S.C. § 1441(a), removal to this court is appropriate as the district and division embracing the place where the state court action is pending.

(12) Bombardier Recreational Products Inc. will promptly serve Plaintiff with this Notice of Removal, informing Plaintiff that this matter has been removed to federal court. Bombardier Recreational Products Inc. will also promptly file a copy of this Notice of Removal with the Clark County Superior Court, where the action is pending.

DATED:  October 6, 2022.

s/ David W. Cramer
David W. Cramer, WSBA #49566
MB LAW GROUP, LLP
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone:  503-914-2015
Email: dcramer@mblglaw.com
*Attorneys for Defendant Bombardier Recreational Products Inc. and BRP Inc.*

NOTICE OF REMOVAL OF ACTION [3:22-cv-05755] - 3

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor Street, Suite 200
Portland, OR  97204
Telephone: 503-914-2015

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Western District of Washington using the CM/ECF system which will send notification of such filing to the following parties:

Gregory E. Price, WSBA #17048
Gregory E. Price, P.S.
510 E. McLoughlin Blvd.
Vancouver, WA 98663
Email: greg@priceinjurylaw.com
*Attorney for Plaintiff*

Cliff J. Wilson, WSBA #41204
Smith Freed Eberhard P.C.
111 SW Columbia St., Suite 800
Portland, OR 97201
Email: cwilson@smithfreed.com
*Attorneys for Defendant SK Northwest*

 s/ David W. Cramer
David W. Cramer, WSBA #49566
MB LAW GROUP, LLP
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone:  503-914-2015
Email: dcramer@mblglaw.com
*Attorneys for Defendant Bombardier Recreational Products Inc. and BRP Inc.*

NOTICE OF REMOVAL OF ACTION [3:22-cv-05755] - 4

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor Street, Suite 200
Portland, OR  97204
Telephone: 503-914-2015