IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VLAD GULA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:22-cv-05755-DGE |
| | ) |
| BOMBARDIER RECREATIONAL | ) **STIPULATED ORDER OF** |
| PRODUCTS, INC.; BRP INC., and SK | ) **DISMISSAL WITHOUT PREJUDICE** |
| NORTHWEST, INC., | ) **(DEFENDANT SK NW ONLY)** |
| Defendants. | ) |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their respective legal counsel, that all claims asserted against Defendant SK NORTHWEST, INC. may be dismissed, and that the parties consent to the entry of an Order of Dismissal without prejudice, without costs being taxed to any party, as to Defendant SK NORTHWEST, INC. only. Upon entry of the order, the caption shall continue to read, "Vlad Gula, Plaintiff v. Bombardier Recreational Products Inc., et al, Defendants."

DATED this 21st day of February, 2023.

LAW OFFICE OF GREGORY E. PRICE, P.S.

By_____
Gregory E. Price, WSBA #17048
Attorney for Vlad Gula

STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE (DEFENDANT SK NORTHWEST, INC. ONLY) - Page 1

THE LAW OFFICE OF
GREGORY E. PRICE, P.S.
510 E. McLoughlin Blvd.
Vancouver, Washington, 98663
(360) 828-5879

1  DATED this 21st day of February, 2023.

MB LAW GROUP LLP

By: _David W. Cramer by GEP_
David W. Cramer, WSBA #113621
Attorney for Bombardier Recreational Products, Inc., and BRP, Inc.

DATED this 21st day of February, 2023.

SMITH FREED EBHERHARD PC

By: _Cliff J. Wilson by GEP_
Cliff J. Wilson, WSBA #41204
Attorney for SK Northwest, Inc.

## ORDER

IT IS SO ORDERED that all claims of record of the above-captioned cause as to Defendant SK NORTHWEST, INC., only are hereby dismissed without prejudice and without costs being taxed to any party, and that they are dismissed as parties and their names will be omitted from all future captions in the above-captioned action, which shall now read, "Vlad Gula, Plaintiff v. Bombardier Recreational Products, Inc., Defendant."

DATED this 24th day of February, 2023

_____
UNITED STATES DISTRICT JUDGE

STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE (DEFENDANT SK NORTHWEST, INC. ONLY) - Page 2

THE LAW OFFICE OF
GREGORY E. PRICE, P.S.
510 E. McLoughlin Blvd.
Vancouver, Washington, 98663
(360) 828-5879

PRESENTED BY:

_____
Gregory E. Price, WSBA #17048
Attorney for Plaintiff, Vlad Gula

STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE (DEFENDANT SK NORTHWEST, INC. ONLY) - Page 3

THE LAW OFFICE OF
GREGORY E. PRICE, P.S.
510 E. McLoughlin Blvd.
Vancouver, Washington, 98663
(360) 828-5879